PUBLISH

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 97-6163

_____

**FILED**
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 17 2000
THOMAS K. KAHN
CLERK

D. C. Docket No. 95-00158-CR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GOLDIN INDUSTRIES, INC.,
GOLDIN OF ALABAMA, INC., et al.,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Southern District of Alabama

_____

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH,
DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON,
Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether

hearing en banc should be granted, and a majority of the judges in this court in active

service having voted in favor of granting a hearing en banc solely on the issue of whether this court's holding in United States v. Hartley, 678 F.2d 961 (11thCir. 1982), that the person named in an indictment need not be distinct from the enterprise named therein for the purposes of 18 U.S.C. § 1962(c), should be overturned.

IT IS ORDERED that the issue shall be heard by this court en banc.

IT IS FURTHER ORDERED that the parties may adopt the supplemental briefs that they have submitted on this issue as their en banc briefs. Alternatively, if either party wishes to augment its brief, it may do so by filing such brief within seven (7) days of this order, in which event the other party may file a reply brief within seven (7) days thereafter. The briefs shall conform to the requirements for en banc briefs provided in Federal Rule of Appellate Procedure 35 and the attendant local rules.